■ LILLIAN HILLIKER, as Administratrix of the Estate of NELSON W. HILLIKER, Deceased, Claimant, v. STATE OF NEW YORK, Defendant.— Motion

granted to appeal as a poor person and Joseph May, Esq., assigned to conduct appeal pursuant to sections 196, 198-a and 558 of the Civil Practice Act, and rule V of the Rules of this court, providing that a proper and timely appeal has been taken.